DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BARRINGTON ALFRED,** individually,
Appellant,

v.

**JEFFREY B. DEZIEL,** individually,
Appellee.

No. 4D21-1329

[June 2, 2022]

Appeal from the County Court for the Nineteenth Judicial Circuit, Martin County; Kathleen H. Roberts, Judge; L.T. Case No. 2021CC000402.

Barrington Alfred, Stuart, pro se.

John W. Madden, Jr. of John Madden, P.A., Stuart, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***